

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00850-CR

**EX PARTE** Juan Gabriel **CISNEROS**

From the 79th Judicial District Court, Brooks County, Texas
Trial Court No. 88-02-02179
Honorable Federico Hinojosa, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's order denying Juan Gabriel Cisneros's application for writ of habeas corpus is AFFIRMED.

SIGNED May 22, 2019.

Luz Elena D. Chapa, Justice